**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DELAWARE COUNTY, PENNSYLVANIA, RECORDER OF DEEDS, by and through THOMAS J. JUDGE, Sr.,<br><br>Plaintiffs,<br><br>v.<br><br>MERSCORP, INC. n/k/a MERSCORP HOLDINGS, INC. *et al.*,<br><br>Defendants. | Civil No. 2:13-cv-06517-CDJ<br><br>Hon. C. Darnell Jones |

**DEFENDANTS' NOTICE OF SCHEDULING STIPULATION**

On February 12, 2014, the Court issued an Order granting Plaintiff's motion to stay briefing in connection with Defendants' pending Motion to Dismiss until after Plaintiff's motion to remand is decided. Order (ECF 65). However, before the Order was entered, the parties reached an informal resolution of Plaintiff's motion to stay under which Plaintiff agreed to withdraw the motion and respond to the Motion to Dismiss no later than March 11, 2014. A few minutes before the Court entered its Order, Defendants submitted a joint stipulation reflecting the parties' agreement by e-mail to the Clerk's Office in accordance with the Court's Rules. *See* Exhibit 1 hereto. Defendants accordingly respectfully request that the Court enter the stipulation agreed to by the parties.

Respectfully submitted,

/s/ Kristofor T. Henning
Kristofor T. Henning (Pa. Bar No. 85047)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T: (215) 963-5882
F: (215) 963-5001
khenning@morganlewis.com

Robert M. Brochin (admitted *pro hac vice*)
Brian M. Ercole (Pa. Bar No. 91591)
MORGAN LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131
T: (305) 415-3456
F: (305) 415-3001
rbrochin@morganlewis.com

*Counsel for Defendants MERCORP Inc. n/k/a MERSCORP Holdings, Inc., and Mortgage Electronic Registration Systems, Inc.,*

/s/ Douglas J. Gush
Brian A. Herman (*pro hac vice* admission forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Fax: (212) 309-6001
bherman@morganlewis.com

Douglas J. Gush (PA ID #209432)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
dgush@morganlewis.com

*Counsel for JP Morgan Chase Bank, N.A.*

/s/ Henry F. Reichner
Henry F. Reichner (Pa. Bar No. 46486)
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
T: (215) 851-8266
F: (215) 851-1420
hreichner@reedsmith.com

*Counsel for Defendants Santander Bank, N.A. f/k/a Sovereign Bank, N.A., Bank of America, N.A., Wells Fargo Bank, N.A., and HSBC Finance Corporation*

/s/ Joseph F. Yenouskas
Joseph F. Yenouskas (admitted *pro hac vice*)
Thomas M. Hefferon (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Ave NW
Washington, DC 20001
T: 202-346-4000
jyenouskas@goodwinprocter.com
thefferon@goodwinprocter.com

*Counsel for Defendants Bank of America, N.A., Wells Fargo Bank, N.A., and EverBank*

/s/ Dorothy A. Davis
Dorothy A. Davis, Esquire (PA Bar No. #34958)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA 15219
412-566-5953 (phone) / 412-566-6099 (fax)
ddavis@eckertseamans.com

Anita J. Murray, Esquire (PA Bar No. #84703)
ECKERT SEAMANS CHERIN & MELLOTT, LLC

/s/ Mark A. Aronchick
Mark A. Aronchick (Pa. Bar No. 20261)
John S. Stapleton (Pa. Bar No. 200872)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER P.C.
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103
T: 215-496-7002
F: 215-568-0300
maronchick@hangley.com
jzs@hangley.com

Lucia Nale (admitted *pro hac vice*)
Thomas V. Panoff (admitted *pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: 312-701-8821
F: 312-706-8297
lnale@mayerbrown.com
tpanoff@mayerbrown.com

*Counsel for Defendant CitiMortgage, Inc.*

/s/ Patrick R. Kingsley
Patrick R. Kingsley (Pa. Bar No. 62915)
STRADLEY RONON STEVENS & YOUNG LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: 215-564-8029
F: 215-564-8120
pkingsley@stradley.com

*Counsel for Defendant EverBank*

Dated: February 18, 2014

Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
215-851-8395 (phone)/215-851-8383 (fax)
amurray@eckertseamans.com

Michael Dockterman (admitted *pro hac vice*)
William R. Lee (admitted *pro hac vice*)
EDWARDS WILDMAN PALMER LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 201-2000
Fax: (855) 572-1961
mdockterman@edwardswildman.com
wlee@edwardswildman.com

*Counsel for Defendants Credit Suisse Financial Corporation*

/s/ James T. Moughan
James T. Moughan (PA Bar No. 33045)
BRITT, HANKINS & MOUGHAN
Two Penn Center Plaza
1500 John F. Kennedy Boulevard, Suite 515
Philadelphia, PA 19102
jmoughan@britthankins.com
T: 215-569-6936
F: 215-569-3711

Joseph A. Cancila, Jr. (PA Bar No. 310731)
David C. Blickenstaff (admitted *pro hac vice*)
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
T: 312-258-5500
F: 312-258-5600
jcancila@schiffhardin.com
dblickenstaff@schiffhardin.com

*Counsel for Defendant State Farm Bank, F.S.B.*

ACTIVE/71562397.1

# EXHIBIT 1

**Parrish, Rachael L.**

---

| | |
|---|---|
| **From:** | Parrish, Rachael L. |
| **Sent:** | Wednesday, February 12, 2014 5:05 PM |
| **To:** | 'ecf_clerksoffice@paed.uscourts.gov' |
| **Cc:** | Reichner, Henry F. |
| **Subject:** | Delaware County, Pennsylvania, Recorder of Deeds, et al v. MERSCORP, Inc., et al. - USDC ED Pa., No. 2:13-06517 - STIPULATION FOR EXTENSION OF TIME |
| **Attachments:** | [Untitled].pdf |

To the Clerk -

Attached is a Stipulation for Extension of Time for Plaintiff to Respond to Motion to Dismiss and Withdrawing Plaintiff's Motion for Stay in the above-captioned case.

Thank You,

Rachael Parrish
Assistant to Henry F. Reichner
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
215-851-8267

ReedSmith

Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
+1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

**Henry F. Reichner**
Direct Phone: +1 215 851 8226
Email: hreichner@reedsmith.com

February 12, 2014

Clerk
United States District Court for the Eastern
District of Pennsylvania
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re: Delaware County, Pennsylvania, Recorder of Deeds, et al. v. MERSCORP, Inc., et al., No. 2:13-cv-06517-CDJ

To the Clerk:

Enclosed please find a Stipulation and [Proposed] Order (1) Extending Time for Plaintiff to Respond to Motion to Dismiss and (2) Withdrawing Plaintiff's Motion for Stay in the above-captioned matter.

Respectfully,

Henry F. Reichner

Enclosures

cc: Simon Bahne Paris (via email)
Patrick Howard (via email)
Charles J. Kocher (via email)
Carmen P. Belefonte (via email)
Joseph F. Yenouskas (via email)
Thomas M. Hefferon (via email)
Brian A. Herman (via email)
Douglas J. Gush (via email)
Mark A. Aronchick (via email)

John S. Stapleton (via email)
Lucia Nale (via email)
Thomas V. Panoff (via email)
Patrick R. Kingsley (via email)
Henry F. Reichner (via email)
Kristofor T. Henning (via email)
Robert M. Brochin (via email)
Brian M. Ercole (via email)
Dorothy A. Davis, Esquire (via email)
Anita J. Murray, Esquire (via email)
Michael Dockterman (via email)
James T. Moughan (via email)
Joseph A. Cancila, Jr. (via email)
David C. Blickenstaff (via email)
Gregory J. Marshall (via e-mail)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DELAWARE COUNTY, PENNSYLVANIA, RECORDER OF DEEDS, by and through THOMAS J. JUDGE, Sr., in his official capacity as the Recorder of Deeds of Delaware County,<br><br>Plaintiffs,<br><br>v.<br><br>MERSCORP, INC. n/k/a MERSCORP HOLDINGS, INC., *et al.*,<br><br>Defendants. | Civil No. 2:13-cv-06517-CDJ<br><br>Hon. C. Darnell Jones<br><br>**STIPULATION AND [PROPOSED] ORDER (1) EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND (2) WITHDRAWING PLAINTIFF'S MOTION FOR STAY** |

**STIPULATION AND [PROPOSED] ORDER (1) EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND (2) WITHDRAWING PLAINTIFF'S MOTION FOR STAY**

Pursuant to Local Civil Rule 7.4(b), Plaintiff Thomas J. Judge, Sr. ("Plaintiff") and Defendants MERSCORP Holdings, Inc. f/k/a MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc., Wells Fargo Bank, N.A., Bank of America, N.A., EverBank f/k/a EverHome Mortgage Company, CitiMortgage, Inc., Santander Bank, N.A. f/k/a Sovereign Bank, N.A.,[1] J.P. Morgan Chase Bank, N.A., Credit Suisse Financial Corporation, State Farm Bank, F.S.B., and HSBC Finance Corporation (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court order as follows:

---

[1] Effective October 17, 2013, Sovereign Bank, N.A. changed its legal name to Santander Bank, N.A.

On January 7, 2014, Plaintiff filed an Amended Complaint (ECF No. 41).

On January 8, 2014, Plaintiff filed a Motion for Remand this action to the Court of Common Pleas of Delaware County ("Motion to Remand") (ECF No. 42).

On January 31, 2014, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss") (ECF No. 47). Pursuant to Local Rule 7.1(c) and Fed. R. Civ. P. 6(d) and (6)(a)(6)(A), Plaintiff's deadline to respond to the Motion to Dismiss is February 18, 2014.

On February 7, 2014, Plaintiff filed a Motion for Stay of All Motion to Dismiss Briefing Until the Court Rules on Plaintiff's Motion to Remand ("Motion for Stay"), (ECF No. 53), and a Motion for Expedited Consideration of Motion for Stay ("Motion for Expedited Consideration") (ECF No. 54).

The parties have conferred about Plaintiff's Motion for Stay and Motion for Expedited Consideration. They have agreed and stipulated, subject to approval by the Court, that:

(1) Plaintiff shall have until March 11, 2014 to oppose the Motion to Dismiss;

(2) Plaintiff withdraws his Motion for Stay and Motion for Expedited Consideration, and agrees that he will not seek further extension of the March 11, 2014 deadline to oppose the Motion to Dismiss; and

(3) The extension in paragraph 1, above, is without prejudice to any further extension as may be agreed upon by the Parties.

DATED: February 12, 2014

Respectfully submitted,

*/s/ Charles J. Kocher*
Simon Bahne Paris
Patrick Howard (Pa. Bar No. 88572)
Charles J. Kocher (Pa. Bar No. 93141)
SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
T: (215) 496-8282
F: (215) 496-0999
sparis@smbb.com
phoward@smbb.com
ckocher@smbb.com

Carmen P. Belefonte (Pa. Bar No. 08608)
SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
20 West Third Street, P.O. Box 1670
Media, PA 19063
T: (610) 627-9777
F: (610) 627-9787
cbelefonte@smbb.com

*Attorneys for Plaintiff*

*/s/ Kristofor T. Henning*
Kristofor T. Henning (Pa. Bar No. 85047)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T: (215) 963-5882
F: (215) 963-5001
khenning@morganlewis.com

Robert M. Brochin (*pro hac vice* motion forthcoming)
Brian M. Ercole (Pa. Bar No. 91591)
MORGAN LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300

*/s/ Henry F. Reichner*
Henry F. Reichner (Pa. Bar No. 46486)
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
T: (215) 851-8266
F: (215) 851-1420
hreichner@reedsmith.com

*Counsel for Defendants Santander Bank, N.A. f/k/a Sovereign Bank, N.A., Bank of America, N.A., Wells Fargo Bank, N.A., and HSBC Finance Corporation*

*/s/ Joseph F. Yenouskas*
Joseph F. Yenouskas
Thomas M. Hefferon
GOODWIN PROCTER LLP
901 New York Ave NW
Washington, DC 20001
T: 202-346-4000
jyenouskas@goodwinprocter.com
thefferon@goodwinprocter.com

*Counsel for Defendants Bank of America, N.A., Wells Fargo Bank, N.A., and EverBank*

*/s/ Dorothy A. Davis*
Dorothy A. Davis, Esquire (PA Bar No. #34958)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA 15219
T: (412) 566-5953
F: (412) 566-6099
ddavis@eckertseamans.com

Miami, FL 33131
T: (305) 415-3456
F: (305) 415-3001
rbrochin@morganlewis.com

*Counsel for Defendants MERCORP Inc. n/k/a MERSCORP Holdings, Inc., and Mortgage Electronic Registration Systems, Inc.,*

/s/ Douglas J. Gush
Brian A. Herman (*pro hac vice* admission forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
T: (212) 309-6000
F: (212) 309-6001
bherman@morganlewis.com

Douglas J. Gush (PA ID #209432)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T: (215) 963-5000
F: (215) 963-5001
dgush@morganlewis.com

*Counsel for JP Morgan Chase Bank, N.A.*

/s/ Mark A. Aronchick
Mark A. Aronchick (Pa. Bar No. 20261)
John S. Stapleton (Pa. Bar No. 200872)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER P.C.
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103
T: (215) 496-7002
F: (215) 568-0300
maronchick@hangley.com
jzs@hangley.com

Lucia Nale (admitted *pro hac vice*)
Thomas V. Panoff (admitted *pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive

Anita J. Murray, Esquire (PA Bar No. #84703)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
215-851-8395 (phone)/215-851-8383 (fax)
amurray@eckertseamans.com
Michael Dockterman (admitted *pro hac vice*)
EDWARDS WILDMAN PALMER LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
T: (312) 201-2000
F: (855) 572-1961
mdockterman@edwardswildman.com

*Counsel for Defendants Credit Suisse Financial Corporation*

/s/ James T. Moughan
James T. Moughan (PA Bar No. 33045)
BRITT, HANKINS & MOUGHAN
Two Penn Center Plaza
1500 John F. Kennedy Boulevard, Suite 515
Philadelphia, PA 19102
jmoughan@britthankins.com
T: (215) 569-6936
F: (215) 569-3711

Joseph A. Cancila, Jr. (PA Bar No. 310731)
David C. Blickenstaff (admitted *pro hac vice*)
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
T: (312) 258-5500
F: (312) 258-5600
jcancila@schiffhardin.com
dblickenstaff@schiffhardin.com

*Counsel for Defendant State Farm Bank, F.S.B.*

/s/ Gregory J. Marshall
Gregory J. Marshall (*pro had vice* motion pending)

Chicago, IL 60606
T: (312) 701-8821
F: (312) 706-8297
lnale@mayerbrown.com
tpanoff@mayerbrown.com

*Counsel for Defendant CitiMortgage, Inc.*

SNELL & WILMER LLP
One Arizona Center,
Phoenix, AZ 85004
T: (602) 382-6000
gmarshall@swlaw.com

*Counsel for HSBC Finance Corporation*

*/s/ Patrick R. Kingsley*
Patrick R. Kingsley (Pa. Bar No. 62915)
STRADLEY RONON STEVENS & YOUNG LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8029
F: (215)564-8120
pkingsley@stradley.com

*Counsel for Defendant EverBank*

IT IS SO ORDERED

Dated ________________ 2014

______________________________
C. Darnell Jones II
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 12, 2014.

*/s/ Henry F. Reichner*

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 18, 2014.

*/s/ Henry F. Reichner*
Henry F. Reichner