UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY, PENNSYLVANIA, RECORDER OF DEEDS, by and through THOMAS J. JUDGE, Sr., in his official capacity as the Recorder of Deeds of Delaware County,<br><br>Plaintiffs,<br><br>v.<br><br>MERSCORP, INC. n/k/a MERSCORP HOLDINGS, INC., *et al.*,<br><br>Defendants. | Civil No. 2:13-cv-06517-CDJ<br><br>Hon. C. Darnell Jones |

**PLAINTIFF'S STATEMENT IN RESPONSE TO DEFENDANTS'
NOTICE OF SCHEDULING STIPULATION**

Plaintiff Delaware County, Pennsylvania, Recorder of Deeds, by and through Thomas J. Judge, Sr., in his official capacity as the Recorder of Deeds of Delaware County, by and through his counsel, files this Statement in response to Defendants' Notice of Scheduling Stipulation ("Notice") (ECF No. 66). The proposed stipulation referenced by Defendants in their Notice is now moot following this Court's February 12, 2014, Order, which granted Plaintiff's Motion to Stay (ECF Nos. 53, 54). ECF No. 65. As requested by Plaintiff, this Court has stayed "all briefing" regarding Defendants' Motion to Dismiss pending resolution of Plaintiff's Motion to Remand. *Id.* Accordingly, there is no stipulation for this Court to consider in light of the Court's governing February 12 Order.

Moreover, the proposed "stipulation" is ineffective. As set forth in Local Rule 7.4(b)(2), "no stipulation between the parties relating to extension of time shall be effective until approved by the Court." Because the proposed stipulation was not approved by the Court at the time it granted Plaintiff's Motion to Stay (ECF No. 53, 54), the "stipulation" referenced in Defendants' Notice is therefore ineffective.

DATE:  FEBRUARY 18, 2014 

*S/ Charles J. Kocher*
Carmen P. Belefonte (PA Atty. I.D. No. 08608)
Simon B. Paris
Patrick Howard (PA Atty. I.D. No. 88572)
Charles J. Kocher (PA Atty. I.D. No. 93141)
SALTZ, MONGELUZZI, BARRETT
& BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA  19103
Phone:  (215) 496-8282
Fax:  (215) 496-0999
E-mail:  cbelefonte@smbb.com
E-mail:  sparis@smbb.com
E-mail:  phoward@smbb.com
E-mail:  ckocher@smbb.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

    I, Charles J. Kocher, hereby certify on this 18th day of February, 2014, that a true and correct copy of the foregoing Plaintiff's Statement in response to Defendants' Notice of Scheduling Stipulation was filed electronically through the Court's CM/ECF System. I certify that an electronic copy of Plaintiff's Statement was served upon all counsel of record through this Court's ECF System at the e-mail address listed in the Court's database.

Dated: February 18, 2014                                            /s/ *Charles J. Kocher*
                                                                                               Charles J. Kocher