IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE COUNTY, PENNSYLVANIA, RECORDER OR DEEDS,** | : : : | |
| Plaintiff | : : | CIVIL ACTION NO.: |
| v. | : : : | 2:13-CV-6517-CDJ |
| **MERSCORP, INC., et al.,** | : : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 15th day of September, 2014, it is hereby **ORDERED** that Plaintiff's Motion to Remand, (Doc. No. 42), is **GRANTED**, and the above-captioned matter is **REMANDED** to the Court of Common Pleas, Delaware County for further proceedings. It is further **ORDERED** that Defendants' Motion to Dismiss, (Doc. No. 47), and Motion to Dismiss/Deny Plaintiff's Request for Joinder, (Doc. No. 72), are **DENIED** as **MOOT**.

BY THE COURT:

/s/ C. Darnell Jones, II  J.
C. DARNELL JONES, II  J.